UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| EDUARDO CALDERON, | ) | No. ED CV 08-904-FMC (PLA) |
| Petitioner, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| MATTHEW MARTEL, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 25, 2009

_____
HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE